# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC. | |
| *Plaintiff* | Civil Action No.: |
| v. | 1:16-CV-12624-GAO |
| LIMELIGHT NETWORKS, INC. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Limelight Networks, Inc., c/o Registered Agent, INCORP Services, Inc.
44 School Street, Suite 325, Boston, MA 02108

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ---- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) ---- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Kimberly M. Abaid
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2016-12-28 16:35:41.0, Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-cv-12624-GAO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Limelight Networks, Inc., c/o RA, Incorp Services, Inc.
was received by me on *(date)* 12/30/2016 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lisa Zimmer , who is
designated by law to accept service of process on behalf of *(name of organization)* Incorp Services, Inc as
Registered Agent for Limelight Networks, Inc.   on *(date)* 12/30/2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0.00 for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/30/2016

*Server's signature*

James J. Murray  Process Server
*Printed name and title*

2 Park Plaza, Suite 409
Boston, MA 02116

*Server's address*

Additional information regarding attempted service, etc: